The People of the State of New York ex rel. New York Coffee & Sugar Exchange, Inc., Appellant, against William W. Mills et al., Constituting the Tax Commission of the City of New York, Respondents. [66–70 Beaver Street. 72–74 Beaver St., and 119–121 Pearl St., Borough of Manhattan.] The order appealed from is modified by reducing the land values to the following figures: Lot No. 5, $335,000; Lot No. 8, $130,000; Lot No. 10, $110,000; and as so modified, affirmed with $20 costs and disbursements to the relator-appellant. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.; Glennon and Shientag, JJ., dissent and vote to affirm. Settle order on notice.

Harry S. Gorgas, Respondent, v. Ida Perito, Appellant, et al., Defendants.— Judgment unanimously modified by providing for the payment of interest on the mortgage from February 28, 1941, and as so modified affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ.

Albert A. Volk Company, Inc., Respondent-Appellant, v. Fleschner Bros., Inc., et al., Appellants-Respondents, et al., Defendants.—Interlocutory judgment unanimously affirmed. Final judgment unanimously modified by reducing it from $45,231.33 to $44,631.33 and as so modified affirmed, with costs to the plaintiff. No opinion. Settle order on notice. Present — Dore, J. P., Callahan, Van Voorhis and Shientag, JJ. [See 274 App. Div. 823.]